No. 18,356.

JOHN ALBERT ROMERO *v.* HARRY C. TINSLEY, WARDEN, ETC.
(317 P. [2d] 1043)

Decided November 18, 1957.

Mr. EUGENE DEIKMAN, for plaintiff in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. FRANK
E. HICKEY, Deputy; Mr. JOHN W. PATTERSON, Assistant,
for defendant in error.

*En Banc.*

MR. JUSTICE KNAUSS delivered the opinion of the Court.

PLAINTIFF in error, herein referred to as petitioner,
applied for a writ of habeas corpus the object of which
was to restore petitioner to his liberty, it being alleged
in the petition for the writ that the district court in
and for the City and County of Denver exceeded its
lawful jurisdiction in sentencing petitioner to the peni-
tentiary.

It appears that on or about December 7, 1953, de-
fendant was convicted of the crime of aggravated rob-
bery and thereafter sentenced to the state penitentiary
for a period of not less than seven years nor more than
ten years, and that on or about March 1, 1954, on a sim-
ilar charge defendant was again convicted in the district
court of the City and County of Denver and sentenced
to a term of not less than three years nor more than ten
years in the state penitentiary, said sentence to run con-
secutively with the sentence imposed on December 7,
1953. It is admitted that the petitioner was born July
14, 1933. The warden of the state penitentiary, re-
spondent, filed his answer and return to the writ of
habeas corpus. After hearing, the relief prayed for in
the petition was denied, and petitioner brings the case
here on writ of error.

The sole assignment of error is that the trial court

was obligated to sentence defendant to the state reformatory.

█ The penalty for the offense of aggravated robbery committed by one under the age of twenty-one years of age is specified in C.R.S. '53, 40-5-1. The mandatory provisions of the Reformatory Act are not applicable to the crime of aggravated robbery, since it is a crime falling within the exceptions to the Reformatory Act, C.R.S. '53, 39-10-1.

We have ruled adversely to petitioner's contention on the identical issue here presented in *Thompson v. People,* No. 18,327, decided October 28, 1957. Having so determined, we deem it unnecessary to reiterate the holding in that case. Accordingly, the judgment of the trial court is affirmed.